Note: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LG ELECTRONICS, INC., TOSHIBA CORP., VIZIO, INC., HULU, LLC, CISCO SYSTEMS, INC., AVAYA INC., VERIZON SERVICES CORP., VERIZON BUSINESS NETWORK SERVICES INC.,**
*Appellants*

**v.**

**STRAIGHT PATH IP GROUP, INC.,**
*Appellee*

---

2016-2112, -2113, -2114

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00196, IPR2015-00198, and IPR2015-00209.

---

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the cases, and thus one set of briefs should be filed for the three appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. The certified list is due no later than July 5, 2016.

                                      FOR THE COURT

                                      /s/ Peter R. Marksteiner
                                      Peter R. Marksteiner
                                      Clerk of Court

s26