Note:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., CISCO SYTEMS, INC., AVAYA, INC.,**
*Appellants*

**v.**

**STRAIGHT PATH IP GROUP, INC.,**
*Appellee*

---

2016-2004, -2008, -2009, -2019, -2020, -2021

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-1366, IPR2014-1367, IPR2014-1368, IPR2015-01006, IPR2015-01007, and IPR2015-01011.

-------------------------------------------------------------------------------

**LG ELECTRONICS, INC., TOSHIBA CORP., VIZIO, INC., HULU, LLC, AVAYA INC., VERIZON SERVICES CORP., VERIZON BUSINESS NETWORK SERVICES INC., CISCO SYSTEMS, INC.,**
*Appellants*

**v.**

2     LG ELECTRONICS, INC. v. STRAIGHT PATH IP GROUP, INC.

**STRAIGHT PATH IP GROUP, INC.,**
*Appellee*

———————————

2016-2112, -2113, -2114, 2182, -2183, -2184

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00196, IPR2015-00198, IPR2015-00209, IPR2015-01397, IPR2015-01398, and IPR2015-01400.

———————————

# O R D E R

The above-captioned appeals appear to be related.

Accordingly,

IT IS ORDERED THAT:

(1) Appeal Nos. 2016-2112, -2113, -2114, -2182, -2183, and -2184 are consolidated. Thus one set of briefs should be filed for the six appeals. The revised official caption for that set of cases is reflected above. The certified list is due no later than July 18, 2016.

(2) The set of appeals including 2016-2112, -2113, -2114, 2182, -2183, and -2184 shall be considered a companion case to the set of appeals including 2016-2004, -2008, -2009, -2019, -2020, and -2021. The appeals will be assigned to the same merits panel.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31