NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., CISCO SYSTEMS, INC., AVAYA, INC., LG ELECTRONICS, INC., TOSHIBA CORP., VIZIO, INC., HULU, LLC, VERIZON SERVICES CORP., VERIZON BUSINESS NETWORK SERVICES INC.,**
*Appellants*

**v.**

**STRAIGHT PATH IP GROUP, INC.,**
*Appellee*

---

2016-2004, -2008, -2009, -2019, -2020, -2021, -2112, -2113, -2114, -2182, -2183, -2184

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-01366, IPR2014-01367, IPR2014-01368, IPR2015-00196, IPR2015-00198, IPR2015-00209, IPR2015-01006, IPR2015-01007, IPR2015-01011, IPR2015-01397, IPR2015-01398, and IPR2015-01400.

---

**ON MOTION**

---

2   SAMSUNG ELECTRONICS CO., LTD. v. STRAIGHT PATH IP GROUP, INC.

# ORDER

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Cisco Systems, Inc., and Avaya, Inc. move unopposed to consolidate the above-captioned appeals.

Because we consolidate the appeals, one set of briefs should be filed.

Accordingly,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above. Appellants' opening brief is due no later than October 14, 2016.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31